## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 20 2012

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

**TERRA L. WILLIAMS, INDIVIDUALLY and**
**as ADMINISTRATOR OF THE**
**ESTATE OF GARY DEAN WILLIAMS,**
**DECEASED, TAKEUNA LAVANDA SHEPHARD,**
**and FREDA L. WILLIAMS,**

       **Plantiffs,**

v.                    **DOCKET  NUMBER:  4:12cv00401 JMM**

**WELLS FARGO BANK, NA, and**
**WILSON & ASSOCIATES, P.L.L.C,**

       **Defendants,**

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Comes William G. Almand, Attorney for Plaintiffs and for his Motion states:

1. William G. Almand is presently co-counsel with Victoria Leigh in representing the Plaintiffs in this case.

2. The two Attorneys are no longer associated, and the Plaintiffs originally employed Mrs. Leigh to represent them.

3. William G. Almand respectfully requests leave from the Court to withdraw as Counsel of record for the Plaintiffs herein, with Victoria Leigh remaining as Attorney of Record for the Plaintiffs.

WHEREFORE, William G. Almand respectfully requests the Court to grant him leave to withdraw as Attorney for Plaintiffs, and for all other appropriate relief in the premises.

Respectfully Submitted,

Almand & Ables, PLLC
211 Natural Resources Dr.
Little Rock, AR 72205
Tel: 501-291-8500
Fax: 501-291-8585

By: _____
William G. Almand ABN 86-001

## CERTIFICATE OF SERVICE

I, William G. Almand, do hereby certify that a true and correct copy of the foregoing was sent via United States Postal Service with sufficient postage affixed to insure delivery to the Federal Clerk of the Court for filing this the 16th day of August, 2012 and via email to the following attorneys of record:

Samuel High
Wilson & Associates, PLLC
1521 Merrill Drive, Suite D-220
Little Rock, Arkansas 72211
shigh@wilson-assoc.com

Victoria Leigh
Leigh Law LLC
Post Office Box 21514
Little Rock, AR 72221
roar@leighlawllc.com

Blair Evans
Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, TN 38103
bevans@bakerdonelson.com

_____
William G. Almand

2