IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISON

**TERRA L. WILLIAMS, INDIVIDUALLY and**
**as ADMINISTRATOR OF THE**
**ESTATE OF GARY DEAN WILLIAMS,**
**DECEASED, TAKENUA LAVANDA SHEPHARD,**
**and FREDA L. WILLIAMS,**

   **Plaintiffs,**

v.          **DOCKET NUMBER: 4:12-cv-00401-JMM**

**WELLS FARGO BANK N.A. and**
**WILSON & ASSOCIATES, P.L.L.C.,**

   **Defendants.**

### PLAINTIFF'S NOTICE OF 41(a)(1) DISMISSAL OF SEPARATE DEFENDANT WELLS FARGO BANK, NA.

  Plaintiffs, by and through counsel, Leigh Law LLC for their Notice of Dismissal, states:

  1. Plaintiff originally filed the complaint in state court and Defendants removed it to federal court.

  2. Separate Defendant Wells Fargo Bank, N.A. filed a motion to dismiss but has not filed an answer or a motion for summary judgment;

  3. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs are dismissing their complaint against Separate Defendant Wells Fargo Bank, N.A. without prejudice.

         Respectfully submitted,

         Leigh Law LLC
         Post Office Box 21514
         Little Rock, Arkansas 7222
         501.227.7627

         By: ___/s/ Victoria Leigh_____
            Victoria Leigh ABN: 2011257

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been filed electronically via the CM/ECF system on this 4th day of September, 2012, which will electronically notify counsel for the Defendants:

Samuel High
Wilson & Associates, PLLC
1521 Merrill Drive, Suite D-220
Little Rock, Arkansas 72211
shigh@wilson-assoc.com

Blair Evans
Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Email: bevans@bakerdonelson.com

                                                 /s/ Victoria Leigh
                                                  Victoria Leigh ABN: 2011257