**IN THE U.S. DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISON**

**TERRA L. WILLIAMS, INDIVIDUALLY and**
**as ADMINISTRATOR OF THE**
**ESTATE OF GARY DEAN WILLIAMS,**
**DECEASED, TAKENUA LAVANDA SHEPHARD,**
**and FREDA L. WILLIAMS,**

      **Plaintiffs,**

**v.**               **DOCKET NUMBER: 4:12-cv-00401-JMM**

**WELLS FARGO BANK N.A. and**
**WILSON & ASSOCIATES, P.L.L.C.,**

      **Defendants.**

**PLAINTIFF'S MOTION FOR 41(a)(2) DISMISSAL**
**OF SEPARATE DEFENDANT WILSON & ASSOCIATES, P.L.L.C**

COMES NOW, Plaintiffs, by and through counsel, Leigh Law LLC for their Motion to

Dismiss pursuant to Rule 41, states:

    1.     Plaintiff originally filed the complaint in state court and Defendants removed it to

federal court;

    2.     Separate Defendant Wilson & Associates, P.L.L.C. filed a motion to dismiss and

in the alternative an answer, but no counterclaims or motion for summary judgment, in the above

styled cause;

    3.     Plaintiffs are filing contemporaneously with this Motion a Notice of Dismissal of

Separate Defendant Wells Fargo Bank, N.A.;

    4.     Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs are moving to

dismiss their complaint against Separate Defendant Wilson & Associates without prejudice.

    WHEREFORE, Plaintiffs pray the Court grant their Motion to Dismiss and for all other

relief to which they've shown themselves entitled.

Respectfully submitted,

Leigh Law LLC
Post Office Box 21514
Little Rock, Arkansas 7222
501.227.7627

By:      /s/ Victoria Leigh_____
                Victoria Leigh ABN: 2011257


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been filed electronically via the CM/ECF system on this 4th day of September, 2012, which will electronically notify counsel for the Defendants:

Samuel High
Wilson & Associates, PLLC
1521 Merrill Drive, Suite D-220
Little Rock, Arkansas 72211
shigh@wilson-assoc.com

Blair Evans
Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Email: bevans@bakerdonelson.com


     /s/ Victoria Leigh_____
                Victoria Leigh ABN: 2011257