IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRA L. WILLIAMS, INDIVIDUALLY AND
AS ADMINSTRATOR OF THE ESTATE OF
GARY DEAN WILLIAMS, DECEASED,
TAKENUA LAVANDA SHEPHARD AND
FREDA L. WILLIAMS                                                                                PLAINTIFFS

V.                                             CASE NO. 4:12CV00401 JMM

WELLS FARGO BANK N.A. AND
WILSON & ASSOCIATES, P.L.L.C.                                                      DEFENDANTS

**ORDER**

Pending are Separate Defendant Wilson & Associates, P.L.L.C.'s motion to dismiss or in the alternative, Answer, docket # 8; Separate Defendant Wells Fargo Bank, N.A.'s motion to dismiss, docket # 10, and Plaintiffs, Freda L. Williams, Terra L. Williams and Takenua Lavanda Shephard's motions to dismiss Wilson & Associates, P.L.L.C. pursuant to Rule 41, docket #'s 20 and 21.  Plaintiffs also filed notices of dismissal of Separate Defendant Wells Fargo Bank, N.A., docket #'s 18 and 19.

For good cause shown, Plaintiffs' motions to voluntarily dismiss, docket #'s 20 and 21 are granted.  All claims and causes of action against these Defendants are hereby dismissed without prejudice.  All remaining motions are denied as moot.  The Clerk is directed to close the case.

IT IS SO ORDERED this 4th day of September, 2012.

James M. Moody
United States District Judge